ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-MC-0341 DJC |
|---|---|
| Plaintiff, | |
| v. | ORDER REGARDING EXPUNGEMENT |
| JEFFREY G. NARTATEZ, | |
| Defendant. | |

UPON STIPULATION OF Former defendant, JEFFREY G. NARTATEZ, by and through Heather E. Williams, Federal Defender, and Eric Grant, United States Attorney, by J. Douglas Harman, Assistant U.S. Attorney, concerning Mr. Nartatez' February 27, 1976, court-ordered expungement, and good cause appearing,

**IT IS HEREBY ORDERED** that the United States Department of Justice, Federal Bureau of Investigation and, the National Crime Information Center (NCIC) shall add language before and after any records of Mr. Jeffrey G. Nartatez's November 22, 1974 arrest and court Case No. CR-S-74-480 as follows: "THIS RECORD WAS EXPUNGED FEBRUARY 27, 1976, AND CANNOT BE CONSIDERED BY ANY ENTITY EXCEPT THE U.S. DEPARTMENT OF JUSTICE FOR ANY MATTER EVER."

**IT IS FURTHER HEREBY ORDERED** that all Agencies, Departments, Bureaus, and Divisions of the United States shall not disclose any record of the arrest and case of Mr. Jeffrey G.

Nartatez to any non-Department of Justice agency, including any federal, state, county or local entity, nor to any private business or person.

      SO ORDERED.

Dated:  October 21, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE